UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ALFREDO SEPULVEDA-IRIBE,<br><br>            Defendant. | Criminal Case No. _____<br><br>'08 CR 1809 BEN<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Alfredo Sepulveda-Iribe, Criminal Case No. 08CR1064-BEN.

DATED: June 4, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney