| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JEFFREY D. MOORE |
| | Assistant United States Attorney |
| 3 | California State Bar No. 240595 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7171 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: Jeffrey.Moore@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1809 BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ALFREDO SEPULVEDA-IRIBE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me at the above-listed number if you have any questions about this notice.

DATED: June 19, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    /s/ *Jeff Moore*

    JEFFREY D. MOORE
    Assistant United States Attorney

    Attorneys for Plaintiff
    United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08cr1809 BEN |
|                              ) | |
|               Plaintiff,     ) | |
|                              ) | |
|     v.                       ) | |
|                              ) | **CERTIFICATE OF SERVICE** |
| ALFREDO SEPULVEDA-IRIBE,     ) | |
|                              ) | |
|                              ) | |
|               Defendant.     ) | |
|                              ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jeffrey D. Moore, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated June 19, 2008, and this Certificate of Service, dated June 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Marc Xavier Carlos**
Bardsley and Carlos LLP
424 F Street
Suite A
San Diego, CA 92101-6118
(619)702-3226
Fax: (619)702-5415
Email: mxlos@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2008.

/s/ *Jeff Moore*
JEFFREY D. MOORE
Assistant United States Attorney

Notice of Appearance
United States v. Sepulveda-Iribe                3                08cr1809 BEN